In The United States District Court

Mitch Taebel

v.                                          CV18-1167

Mayor Stanton                    CV-18-1167-PHX-JAT-ESW  by ss

## Supplemental Affidavit

Attached here to is Exhibit B the synopsis of the police reports AZ18000343 (two pages). Showing there was no probable cause for the arrest. Two opposing witnesses with regards to the elements of a crime cannot establish probable cause uncorroberated. There are also major false allegations of petitioner "Taebel struck one of the unmarked police vehicles... and pushed it aside with his vehicle" proven false statement attempting to establish probable cause contradicted by the airial helicopter footage.

Dated: May 18th 2018

Mitchell Taebel #T130659
3250 W.L. Buckeye Rd.
Phoenix, AZ 85009



Arizona Department of
# Public Safety

# Case Report

## Details

| Involved Incident #(s) | Date/Time | Location |
|---|---|---|
| AZ1800034361 | 01/24/2018 09:59 | |
| **Arizona vs.** | TAEBEL, MITCHELL TIMOTHY | |
| **Case Agent:** | ###79 ROSS, H. | |
| **Case File #:** | C18000596 | |
| **Case Class:** | Assault and related offenses | |

## Synopsis

On Wednesday, January 24, 2018, at approximately 0959 hours, Sergeant Gilbert Federico, #4433, with the Arizona Department of Public Safety (DPS), attempted to conduct a traffic stop on a red 2014 Jeep Grand Cherokee (GC) for unsafe lane usage and speed on State Route 85 (SR-85), milepost 138. Sgt. Federico was driving an unmarked 2008 Ford Crown Victoria with emergency lights visible from inside the windshield. Sgt. Federico was in full uniform. The GC did not yield to police and continued north at speeds reaching 100 MPH. At 1008 hours, a fully marked unit took primary pursuit responsibility. The GC continued to disregard the emergency lights and continued onto Interstate 10 eastbound (I-10).



There were several attempts with stop-sticks to deflate the GC's tires by DPS and Maricopa County Sheriff's Office but the GC evaded them. At approximately 1026 hours, Goodyear Police Department notified DPS a person who reported themselves as the driver of the GC had called 911 and they were talking to them. Goodyear PD 911 said they were trying to get the driver to pull over and he eventually hung up on them.



At 1041 hours, a DPS negotiator contacted the driver of the GC. During this time, the driver self-identified himself as Mitchell Taebel. Taebel stated he did not want to stop due to the unlawfulness of the traffic stop and wanted a peaceful resolution to the incident. Taebel cited a Federal Code and stated it would be lawful in taking an officer's life to preserve his freedom. Taebel continued through central Phoenix via I-10 and transitioned onto eastbound State Route 202 (SR-202). During this time, there was a police helicopter assisting with tracking the GC.



Pursuing ground units shut down their emergency lights and allowed Taebel to drive ahead while the air unit monitored and specialized unmarked units positioned themselves to apprehend Taebel by eventually boxing his vehicle in a manner to prevent escape. Taebel exited at Scottsdale Road from SR202 and specialized unmarked units followed him. Unmarked DPS police vehicles positioned themselves and attempted to box Taebel's vehicle while activating their emergency lights when he was stopped at Rio

Solado Parkway and Scottsdale Road.

Taebel struck one of the unmarked police vehicles with emergency lights which had two State Troopers and pushed it aside with his vehicle. Taebel continued south where Scottsdale Road turned into Rural Road disobeying traffic signals. DPS Negotiators were still trying to convince Teabel to stop but he often hung up the phone. Taebel approached Apache Blvd and was in the #1 lane, the southbound traffic light was green and the left turn arrow was red.

Taebel drove into the left turn lane shortly before the intersection of Spence and Rural and struck the rear of a white passenger vehicle that was stopped in the left turn lane. The GC then proceeded wrong way through the intersection, striking a black Jeep Compass head on. After the collision, Taebel's vehicle rolled south in the northbound traffic lanes until it came to an uncontrolled rest. Taebel exited his vehicle and ran a short distance away from his vehicle and appeared dazed and confused. Several pedestrians and on-lookers were in the immediate area of Taebel and people told him to stay near the scene. Taebel briefly spoke with a pedestrian and DPS troopers arrived at the scene and took him into custody.

The driver of the Jeep Compass who was struck head-on was identified as Alisha Lewis. Lewis suffered a broken hand and had head injuries, she was transported to a local hospital.

In The United States District Court

Mitch Taebel

   v.                 2:18CV1167

Greg Stanton

## Certificate of Service

I, Petitioner of this case in Oath and Affirmation depose that I have sent through legal services this supplemental Affidavit with exhibit "B synopsis" of the police reports to:

United States District Court
401 W. Washington SPC-1 STE130
Phoenix, Arizona 85003

Dated: May 18th 2018

Witness:

Timothy Phifer
Timothy Phifer

Mitchell Taebel
7450659
3250 W. L. Buckeye
Phoenix, AZ 85009

# MARICOPA COUNTY SHERIFF'S OFFICE

## **<u>CERTIFICATION</u>**

I hereby certify that on this date  **May 21, 2018** _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

√  Hon  _____  United States District Court, District of Arizona.

___  Hon  _____  United States District Court, District of Arizona.

___  Attorney General, State of Arizona,  _____

___  Judge  _____  Superior Court, Maricopa County, State of Arizona.

___  County Attorney, Maricopa County, State of Arizona  _____

___  Public Defender, Maricopa County, State of Arizona  _____

___  Attorney  _____

___  Other  _____

___  _____

___  _____

_____   B3638
Legal Support Specialist Signature   S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009